IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **OBLIO TELECOM, INC.**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. **3:08-CV-0279-L** |
| v. | § | |
| | § | |
| **ZUBER PATEL, et al.**, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court are the Findings and Recommendation of the United States Magistrate Judge, filed December 22, 2009.  No objections were filed.

Defendants Hawaii Global Exchange, Inc., Transpac Telecom, Inc., and Zubar Patel filed motions for attorney's fees pursuant to 28 U.S.C. § 1927 and the court's inherent powers.  The magistrate judge recommends denying their motions.

The court has reviewed the magistrate judge's report, the record, and the applicable law, and determines that the findings are correct and are therefore **accepted** as those of the court.  The court therefore **denies** Motion for an Award of Attorney's Fees or Alternatively for Issuance of an Order to Show Cause (doc. 73), filed October 16, 2009, and **denies** Defendant Zuber Patel's Motion for Award of Attorneys' Fees (doc. 74), filed October 22, 2009.

**It is so ordered** this 8th day of January, 2010.

Sam A. Lindsay
United States District Judge

Order – Solo Page